```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 11125
   EDNA HAYES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5974


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/19/2004 and was confirmed 05/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
--------------------------------------------------------------------------
FAIRBANKS CAPITAL CORP    CURRENT MORTG         .00          .00           .00
FAIRBANKS CAPITAL CORP    MORTGAGE ARRE     3072.01          .00       3072.01
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER       72.00         7.32         72.00
CAPITAL ONE BANK          UNSEC W/INTER      637.35        64.50        637.35
NICOR GAS                 UNSEC W/INTER      630.23        62.66        630.23
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     1332.83       132.44       1332.83
TERLEGER & TERLEGER       UNSEC W/INTER NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,794.00                    2,794.00
TOM VAUGHN                TRUSTEE                                        485.08
DEBTOR REFUND             REFUND                                         204.58

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   9,495.00

PRIORITY                                                .00
SECURED                                            3,072.01
UNSECURED                                          2,672.41
    INTEREST                                         266.92
ADMINISTRATIVE                                     2,794.00
TRUSTEE COMPENSATION                                 485.08
DEBTOR REFUND                                        204.58
                         ---------------      ---------------
TOTALS                    9,495.00                 9,495.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 11125 EDNA HAYES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/25/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 11125 EDNA HAYES